# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMON CAIN, JR.

NO. 2021 KW 0869

OCTOBER 6, 2021

---

In Re:    Damon Cain, Jr., applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. DC-20-01217.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.** Relator has an adequate remedy on appeal in
the event of a conviction. See **State v. Perry**, 2016-1306 (La.
11/18/16), 210 So.3d 284; **State v. Barden**, 2003-3068 (La.
11/25/03), 860 So.2d 1125.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT